

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00484-CV

_____

IN RE JUSTIN SANCHEZ, RELATOR

_____

Original Proceeding
297th District Court of Tarrant County, Texas
Trial Court No. S-13468

_____

Before Wallach, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Relator Justin Sanchez is a civilly committed sexually violent predator. On September 8, 2023, Sanchez filed an "Unauthorized Petition for Release" in the trial court. *See* Tex. Health & Safety Code Ann. § 841.122 (civilly committed person may file petition for release without authorization of Texas Civil Commitment Office). On December 18, 2023, Sanchez filed a petition for writ of mandamus in this Court asking that the trial court be ordered to either rule on the petition or set it for a hearing. *See id.* § 841.124(a) (if trial court does not deny petition, it must conduct hearing on petition no later than 60 days after it is filed).

The trial court denied Sanchez's petition on January 3, 2024. Because Sanchez has obtained the relief he requested in his mandamus petition, the petition should be dismissed as moot. *See In re Cooper*, No. 02-16-00430-CV, 2016 WL 7339118, at *1 (Tex. App.—Fort Worth Dec. 19, 2016, orig. proceeding) (per curiam) (mem. op.).

Accordingly, Sanchez's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: January 5, 2024